v.

**Kevin JOHNSON, Appellant.**

**No. 72474.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 12, 1998.

**PHYLLIS HECK TRUST,**
**et al., Respondents,**

v.

**Daryl LARSON, Appellant.**

**Nos. WD 53955–53957.**

Missouri Court of Appeals,
Western District.

Submitted Feb. 19, 1998.

Decided May 19, 1998.

Jerold L. Drake, Grant City, for appellant.

Pamela S. Vohs, Mound City, for respondents.

**720**

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Daryl Larson appeals the judgment entered against him for damages caused to neighboring property owners by his hogs when Mr. Larson failed to take steps to restrain his hogs. Having carefully considered the allegations on appeal, we conclude that the judgment should be affirmed. Finding there would be no precedential value in a published opinion, we affirm by this summary order pursuant to Rule 84.16(b). A memorandum has been furnished to the parties explaining the basis of our decision.